FILED

2013 SEP 27 PM 5:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ 096 _____ DEPUTY

CASE UNSEALED PER ORDER OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 13CR3573DMS |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| FRANCISCO JAVIER RODRIGUEZ, aka "Paite," | |
| Defendant. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including October 3, 2012, within the Southern District of California, and elsewhere, defendant FRANCISCO JAVIER RODRIGUEZ, aka "Paite," did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//
//

ALB:nlv:San Diego
9/27/13

Criminal Forfeiture Allegations

1. The allegations contained in Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant FRANCISCO JAVIER RODRIGUEZ, aka "Paite," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offenses alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//
//

1 | it is the intent of the United States, pursuant to Title 21,
2 | United States Code, Section 853(p), to seek forfeiture of any other
3 | property of the defendant up to the value of the said property listed
4 | above as being subject to forfeiture.
5 | All in violation of Title 21, United States Code, Section 853.
6 | DATED: September 27, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ADAM L. BRAVERMAN
Assistant U.S. Attorney